# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1385
_____

ISABEL DEL PINO ALLEN,

Appellant,

v.

FLORIDA SUPREME COURT CLERK
JOHN TOMASINO,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

June 10, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Isabel Del Pino Allen, pro se, Appellant.

Ashley Moody, Attorney General, and Charles Joseph F. Schreiber Jr., Senior Assistant Attorney General, Tallahassee, for Appellee.